IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HERMAN DANNY DEAN, JR., | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:04-CR-30-002-CDL |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 6, 2006, is hereby approved, adopted, and made the Order of the Court. The Court finds that an out of time appeal is warranted as the remedy in this proceeding. Accordingly, the judgment from which the out of time appeal will be permitted shall be vacated, and the Defendant shall be re-sentenced.

In an effort to expedite this case, the re-sentencing hearing is hereby set for 9:00 a.m. Tuesday, June 13, 2006.

IT IS SO ORDERED, this 9th day of June, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE